

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-14-00002-CR

Ray Lee **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 12-03-0066-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's brief, due April 14, 2014, has not been filed. On April 28, 2014, we notified appellant's counsel, Richard Briggs, of the deficiency. Tex. R. App. P. 38.8(b)(2). No brief has been filed.

Therefore, pursuant to Texas Rule of Appellate Procedure 38.8(b)(2), we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent?

      (a) If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

      (b) If the trial court finds that appellant is not indigent, the trial court should determine whether appellant has made the necessary arrangements for filing a brief.

(3) Has appointed or retained counsel abandoned the appeal? <u>Because initiating contempt proceedings against appellant's counsel may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.</u> *See* Tex. R. App. P. 38.8 (b)(4).

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We ORDER the trial court to file its written findings of fact and conclusions of law with the trial court clerk no later than thirty days from the date of this order. We ORDER the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court files its findings of facts and conclusions of law. We further ORDER the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing.

All appellate deadlines are ABATED pending further orders from this court.


_____
Karen Angelini, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.


_____
Keith E. Hottle
Clerk of Court